UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHNOK N. PATEL, Individually and
As Executor of the Estate of
SUDHABEN A. PATEL,

                   Plaintiff,

-against-

STATEN ISLAND UNIVERSITY HOSPITAL
MICHAEL COOPER, M.D., KIMLYN LONG, M.D.
and MOHAMMED SIDDIQUI, M.D.,

                   Defendants.
------------------------------------------------------------X

CV11-2491

Assigned to:
Judge Brian M. Cogan

**DEMAND FOR PRODUCTION OF DOCUMENTS**

**PLEASE TAKE NOTICE**, that pursuant to Rule 33 of the Federal Rules of Civil Procedure, the defendant STATEN ISLAND UNIVERSITY HOSPITAL, requests that the plaintiff produce at the offices of his attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, 150 East 42nd Street, New York, New York 10017, on the 8th day of August 2011, the following documents:

(1) Please provide duly executed HIPAA authorizations allowing defendants to obtain a copy of the plaintiff's records and/or films from all health care providers (including but not limited to any physician, radiologist, health care provider, therapist, or other similar specialist) Sudhaben A. Patel has seen for treatment or in consultation in the past ten years.

(2) Please duly executed HIPAA authorizations allowing defendants to obtain a copy of the plaintiff's insurance records for the last ten years.

(3) Please provide duly executed and acknowledged written authorizations permitting the undersigned to inspect and copy any records reflecting any collateral source or payment of

4667707v.1

any part of the costs of medical care, custodial care, rehabilitative services, loss of earnings, or other economic loss sought to be recovered herein.

(4) Please provide copies of each and every bill, statement of account or itemized chart received by the plaintiff or anyone on her behalf pertaining to the special damages claimed in this lawsuit.

(5) Please provide any and all writings of this defendant obtained by the plaintiff or representatives of the plaintiff.

(6) Please provide any records, memoranda, notes, tape recordings or other recorded communications of or by the defendants in possession of the plaintiff or the attorneys for the plaintiff.

(7) Please provide any and all notes, records, memoranda, correspondence or other documents pertaining to the care and treatment rendered to the plaintiff.

(8) Please provide any and all photographs pertaining to the care and treatment rendered to the plaintiff, or photographs pertaining to the alleged injuries.

(9) Please provide any and all documents relating to any claims for disability as a result of the conditions alleged in this lawsuit.

(10) If a claim for loss of earnings is being made, provide W-2's from 2005 to the present; or the authorizations for IRS records from 2005 to the present, if the plaintiff was self-employed.

(11)    Please provide and all documents plaintiff intends to introduce into evidence at the trial of this matter to support his claim of malpractice and subsequent damages.

(12)    Any and all physical evidence plaintiff intends to introduce into evidence at trial of this matter to support his claim of malpractice and subsequent damages.

**PLEASE TAKE NOTICE**, that these Demands are deemed to be continuing up to and including the time of trial. Plaintiff is required to submit a verified supplemental answer setting forth any additional information within thirty (30) days after receipt of such information.

Dated: New York, New York
       July 8, 2011

                    Yours, etc.,

                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                    By: _____
                        TIMOTHY J. SHEEHAN (TS7176)
                        Attorneys for Defendant
                        STATEN ISLAND UNIVERSITY HOSPITAL
                        150 East 42nd Street
                        New York, New York 10017-5639
                        (212) 490-3000
                        File No. 00733.00241

TO:    BAILLY & McMILLAN, LLP
       Attorneys for Plaintiff
       244 Westchester Avenue, Suite 410
       White Plains, New York   10604
       (914) 684-9100

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

    VALIANA FREEMAN, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and is employed in New York County.

    That on the 8th day July 2011 deponent served the within:

### DEMAND FOR PRODUCTION OF DOCUMENTS

Upon:

    BAILLY & McMILLAN, LLP
    Attorneys for Plaintiff
    244 Westchester Avenue, Suite 410
    White Plains, New York 10604
    (914) 684-9100

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                _____
                                                VALIANA FREEMAN

Sworn to before me this
____ day of July 2011

_____
Notary Public

                SHEREE CROMER
        Notary Public, State of New York
                  No. 4704701
          Qualified in Queens County
     Commission Expires Dec. 31, 2013

4672929v.1

Index No. CV11-2491

Timothy J. Sheehan
00733.00241

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK

ASHNOK N. PATEL, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF SUDHABEN A. PATEL,

Plaintiff,

-against-

STATEN ISLAND UNIVERSITY HOSPITAL, MICHAEL COOPER, M.D., KIMLYN LONG, M.D., AND MOHAMMED SIDDIQUI, M.D.,

Defendants.

# DEMAND FOR PRODUCTION OF DOCUMENTS

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*Attorneys For* Defendants

150 East 42nd Street
New York, NY 10017-5639
212.490.3000

Dated, New York, New York
July 8, 2011

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendant

To All Counsel

Attorneys(s) for Respective Parties

Office and Post Office Address
File No. 00733.00241